ORDERED.

Dated: May 02, 2019

Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: | Case No. 6:19-bk-01510-CCJ |
| DANNY L. MONK AND<br>PATRICIA L. MONK, | Chapter 7 |
| Debtors._____/ | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**
**IN FAVOR OF BANK OF AMERICA, N.A.**
**[Re: 14 Cypress Trail, Lakeland, Georgia 31635]**

**THIS CASE** came before the Court upon the *Motion for Relief from Automatic Stay* [D.E. #12] (the "*Motion*") filed by Bank of America, N.A. ("Secured Creditor"), pursuant to the negative notice provisions of Local Rule 2002-4. Having considered the Motion and the absence of any record objection to the relief requested, the Court deems the Motion to be uncontested. The Court makes no determination that the Debtors have defaulted on the underlying obligation or as to the Creditor's standing. Accordingly, it is:

**ORDERED:**

1.  Secured Creditor's *Motion for Relief from Automatic Stay* is granted.

2. The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to real property located at **14 Cypress Trail, Lakeland, Georgia 31635** (the "Property"), legally described as:

> **ALL THAT TRACT OR PARCEL OF LAND SITUATE, LYING AND BEING IN LAND LOT 494 OF THE 10TH DISTRICT OF LANIER COUNTY, GEORGIA DEED RECORDS, BEING MORE PARTICULARLY DESCRIBED AS LOT 35 OF BANKS LAKE POINTE SUBDIVISION AS SHOWN ON THAT CERTAIN MAP OR PLAT OF SURVEY ENTITLED "FINAL PLAT OF BANKS LAKE POINTE", DATED SEPTEMBER 29, 2005 AND RECORDED IN PLAT CABINET A, SLIDE NUMBER 133J\* IN THE OFFICE OF THE CLERK OF THE SUPERIOR COURT OF LANIER COUNTY, GEORGIA DEED RECORDS. SAID MAP OR PLAT OF SURVEY IS INCORPORATED EHREIN BY REFERENCE THERETO FOR ALL PURPOSES IN AID OF DESCRIPTION.**
>
> **\*REVISED PLAT SHOULD BE A/131J**

3. The automatic stay is modified for the sole purpose of allowing Secured Creditor to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Property, to gain possession of said the Property, to have such other and further *in rem* relief as is just, but the Secured Creditor shall not obtain *in personam* relief against the Debtors.

4. All communications sent by Secured Creditor in connection with proceeding against the Property including, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to Debtor(s).

5. The Court in its discretion waives the fourteen (14) day stay of the Order Granting Motion for Relief from Stay pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

6. The Court makes no determination that the Debtors have defaulted on the underlying obligation.

###

**Order submitted by:**
*Jennifer Laufgas*
Attorney for Secured Creditor
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: jlaufgas@aldridgepite.com


Attorney Jennifer Laufgas is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.


**DEBTORS ATTORNEY**
**(via electronic notice)**
Neil J Buchalter
eservice@buclawgroup.com

**DEBTORS**
Danny L. Monk
Patricia L. Monk
1425 Rila Street, SE
Palm Bay, FL 32909

**TRUSTEE**
**(via electronic notice)**
Gene T Chambers
gtchambers@cfl.rr.com

**UNITED STATES TRUSTEE**
**(via electronic notice)**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
USTP.Region21.OR.ECF@usdoj.gov